# Exhibit 6

U.S. Patent No. 8,863,219
On screen television input management
Accused Instrumentality: Verizon Fios TV

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A method for on-screen managing and navigating television system functionality and input source selection, the method comprising: | Verizon Fios is a service provider and Fios set top box comes with a Fios TV remote allow user to navigate through channels on any TV display. It also allows user to select input source using Fios remote A/V button to view channel in any mode either HDMI or AVI.<br><br>**What is Fios TV?**<br><br>Verizon Fios TV is an entertainment service powered by our 100% fiber-optic network. Fios TV customers enjoy a super-reliable, super-clear live TV signal, plus access to thousands of Fios On Demand titles. Other<br>https://fios.verizon.com/why-fios.html<br><br>https://www.verizon.com/home/fiostv/ |

1

| Claim Language | Accused Instrumentality |
|---|---|
|  | **Required Equipment for Fios TV**<br><br>In addition to the equipment required for Fios Internet Service, the following equipment is also required for Fios TV:<br><br>- **TV:** Fios TV is compatible with all TV types. A cable-ready TV tuner gives you reception of local service below channels 49. To take advantage of the <u>Fios TV Digital Video Recorder (DVR)</u> service, a TV must have a video and audio input. <u>The input can be the typical yellow, white and red cables, a 3 wire component, or an S-Video along with audio cables.</u> High Definition (HDTV) service requires an HDTV, an HD Set-Top Box, and HDMI or DVI cables with an adapter.<br><br>- **Set-Top Box:** <u>To receive digital programming, premium channels, the Interactive Media Guide or On Demand programming, a Set-Top Box is required.</u> We offer three types of Set-Top Boxes:<br><br>  - **High Definition (HD)** - provides digital audio and video quality. It gives you access to the Fios TV Interactive Media Guide, access to over 45 all-digital music channels, and lets you order Pay-Per-View or On Demand shows where available **and** provides access to HD content.<br><br>  - **Multi-Room HD DVR** - record and share programs across multiple TVs.<br><br>  - **Digital Video Recorder (DVR)** - provides all the features of the High Definition Set-Top Box **and** lets you pause and rewind live TV as well as record one show while watching another.<br><br>http://www.verizon.com/support/smallbusiness/tv/fiostv/general+support/new+to+fios+tv/questionsone/84832.htm<br><br>**Set-top Boxes and DVR equipment**<br><br>Motorola 7232-P2<br>Multi-Room DVR:<br><br>- Record and store HD programs (up to 50 hours)<br>- Record multiple programs simultaneously (up to two)<br>- Control live TV (only to main)<br><br>Motorola 7216<br>HD DVR:<br><br>- Record and store HD programs<br>- Record multiple programs simultaneously (up to two)<br>- Control live TV (only to main)<br><br>https://www.verizon.com/support/residential/tv/equipment/stb-dvr |

2

| Claim Language | Accused Instrumentality |
|---|---|
| |  http://welcometofios.verizon.com/tv/control-your-remote/ <br><br> https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:12/1:24 |

3

| Claim Language | Accused Instrumentality |
|---|---|
| identifying each of a plurality of input signals from a plurality of input sources, each of the plurality of input sources connected to a television system, | The Fios TV STB system automatically detects the signals from multiple sources ("identifying each of plurality of input signals") eg. HDMI inputs, SDTV etc.<br><br>**QIP7200 Series**<br><br>[Diagram of rear panel of QIP7200 Series set-top box with numbered connectors 1-16]<br><br>| 1 | Cable In — Connects to cable signal from your service provider |<br>| 2 | RF Out — Ch 3/4 modulated audio/video (SDTV) to TV or VCR |<br>| 3 | IR remote input |<br>| 4 | M-Card — Inserted M-Card |<br>| 5 | Serial — Service only |<br>| 6-7 | Digital Audio (S/PDIF) — Provides Dolby® Digital 5.1 audio or PCM output |<br>| 8 | S-Video — Connects to S-Video (SDTV) input of TV or VCR |<br>| 9 | Video/Audio Out — Composite Video (SDTV) /L/RAudio outputs |<br>| 10 | Component video output (HDTV) — YPbPr connections |<br>| 11 | HDMI — High-Definition TV (HDTV) connector |<br>| 12 | eSATA* — External Serial ATA disk interface |<br>| 13 | USB* 2.0 — High-Speed peripheral device connection |<br>| 14 | IEEE-1394 — Audio and video device connection |<br>| 15 | Ethernet* — Network connection |<br>| 16 | Power cord connector | |

4

| Claim Language | Accused Instrumentality |
|---|---|
| | <br>https://www.verizon.com/cs/groups/public/documents/adacct/motorola_qip7200_user_guide.pdf, Pages 1, 13 and 26 of 45<br><br>https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:12/1:24 |

5

| Claim Language | Accused Instrumentality |
|---|---|
| wherein each of the plurality of input signals is unique to each of the plurality of input sources, and the television system identifies each of the plurality of input signals by analyzing each of the plurality of input signals; | In the exemplary case – multi input sources coming from DVR can be connected to the multiple input ports of TV. If the input signal is connected to HDMI input port of TV then TV will identify HDMI signal coming from HDMI port after selecting HDMI/DVI source for video format.<br><br>**Video Connection Options**<br><br>The QIP receiver offers several different video connection options. Component video, HDMI, and IEEE-1394 allow you to view both High-Definition and Standard-Definition TV programming. Composite video, S-Video, and RF coaxial connections allow you to view only Standard-Definition TV programming. See *Section 4 Connections* for visual connection options.<br><br>**Cable In**<br>Connect an RF coaxial cable to the cable wall outlet and the CABLE IN connector on the QIP receiver.<br><br>**HDMI**<br>If your TV has an HDMI input, this is for both audio and video if you are using the TV speakers. Connect an HDMI cable to the TV and to the HDMI connector on your QIP receiver.<br><br>If your TV has a DVI input, use the DVI connection for your video:<br><br>• Connect a DVI-to-HDMI adapter or cable to the HDMI out connector on the QIP receiver and the DVI-HDTV connector on your TV. |

| Claim Language | Accused Instrumentality |
|---|---|
| |  https://www.verizon.com/cs/groups/public/documents/adacct/motorola_qip7200_user_guide.pdf, Pages 27 and 35 of 45<br><br>https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:12/1:24 |

7

| Claim Language | Accused Instrumentality |
|---|---|
| generating an on screen menu on a display device of the television system to allow selection of each of the plurality of input sources that have been identified | In Fios TV using Fios remote TV input button a menu ("an on screen menu") appears showing list of input sources is presented on the display. A user is able to select one of the sources ("input sources") from the available menu. After selecting one a displayed menu corresponding video will get played on the display.<br><br>**TV Input Settings**<br><br>Most TVs have multiple input modes. For example, your Fios TV's input mode can be set to a Blu-ray DVD player or a gaming station. If you are watching Fios TV, you are in TV mode. If you're watching a DVD, you're in DVD mode. Pressing the A/V button on your Fios TV remote allows you to select the mode you want.<br><br>http://welcometofios.verizon.com/solutions/glossary/<br><br>An on screen menu<br><br>A display device of the television system<br><br>https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:21/1:24 |
| including a display of an input source type or description that was identified wherein an input source on the on screen menu is identified by an input | In the exemplary case – device connected to HDMI/DVI cable STB is identified and the associated video content is displayed. |



| Claim Language | Accused Instrumentality |
|---|---|
| signal, wherein the display is a video content of the content of the input source; | https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:21/1:24 |
| receiving a user selection of a menu option corresponding to one of the plurality of input signals; and | In the exemplary case – A user selection of the HDMI1/DVI option from the menu ("of a menu option") having multiple input sources.<br><br>**TV Input Settings**<br><br>Most TVs have multiple input modes. For example, your Fios TV's input mode can be set to a Blu-ray DVD player or a gaming station. If you are watching Fios TV, you are in TV mode. If you're watching a DVD, you're in DVD mode. Pressing the A/V button on your Fios TV remote allows you to select the mode you want.<br>http://welcometofios.verizon.com/solutions/glossary/<br><br>A user selection of a menu option<br><br>https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1:12/1:24 |

9

| Claim Language | Accused Instrumentality |
| --- | --- |
| displaying the input signal on the display device of the television system in response to the user selection. | In the exemplary case – after the user selects HDMI1/DVI, the video signal ("the input signal") corresponding to input device connected to HDMI is shown on the display of television.<br><br>https://www.youtube.com/watch?v=i62WkTNkK84 Timestamp 1.21 and 1.23/1.24 |

10